UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFASIGMA USA, INC.,

    Plaintiff,

v.                              Case No. 8:22-cv-00717-VMC-AEP

WESTMINSTER
PHARMACEUTICALS, LLC
    Defendants.

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

The Parties to this action, Plaintiff Alfasigma USA, Inc. ("Alfasigma") and Defendant Westminster Pharmaceutical, LLCs ("Westminster") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and move for the voluntary dismissal without prejudice of all claims between the Parties in the above-entitled action, and in support thereof assert as follows:

1. Whereas, Alfasigma and Westminster have entered into a Confidential Settlement Agreement executed February 10, 2023, resolving and releasing all pending disputes between them; and

2. Whereas, the parties therefore jointly stipulate and move for the entry of an order of dismissal of all claims asserted in this suit, without prejudice, and further stipulate that all costs of court and attorneys' fees be borne by the party who incurred them.

WHEREFORE, the Parties request that the Court DISMISS WITHOUT PREJUDICE these proceedings, each side to bear its own costs.

Respectfully submitted this 15th day of February, 2023

_s/ Andre Hanson_
J. Coy Stull
Florida Bar No. 15864
Julian C. Velez
Florida Bar No. 1032236
CARLTON FIELDS
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133
Email: jstull@carltonfields.com
Email: jcvelez@carltonfields.com

-and-

Saul Perloff
Lead Counsel
Andre Hanson
SHEARMAN & STERLING LLP
300 W. 6th Street, 22nd Floor
Austin, Texas 78701
Tel. No.: (512) 647-1900
Email: saul.perloff@shearman.com
Email: andre.hanson@shearman.com

*Attorneys for Plaintiff Alfasigma USA, Inc*


_s/ Justin Dees_
JUSTIN L. DEES
Fla Bar No. 48033
DEES LEGAL GROUP, PLLC
5180 Venetian Blvd. NE
St. Petersburg, FL 33703
Telephone: (813) 360-6743
Email: jdees@deeslegal.com
Secondary E-mail: arsdeeslegal@gmail.com

*Attorney for Defendant Westminster Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 15th day of February, 2023.

/s/ Andre Hanson<br>
Andre Hanson